FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUN 2 3 2025



BY

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KaHiem Westhook #457587

18601 Roxbury Rd

Hagerstown, MD 21746

MCI-H

*

*

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

**v.**

Warden Bailey of E.C.I

D.o.c officer wilkerson COII

Eastern correctional INsistution

*

*

Case No.: 1:25-cv-00602-DLB
*(Leave blank. To be filled in by Court.)*

*(Full name and address of defendant)*
**Defendant(s).**

## MOTION AND AFFIDAVIT TO PROCEED IN FORMA PAUPERIS

I, Kahiem Westhook                , declare that I am the plaintiff in this

case. Because of my poverty, I am unable to pay the filing fee and costs of this action at this time,

nor am I able to give security therefor.

I understand that the fee for filing this type of case is $350.00. I understand that if my

motion is granted, it does not mean I will not have to pay this fee. I understand that if my motion

is granted, periodic deductions may be made from my inmate account until the entire fee is paid.

By filing this motion, I am agreeing to allow such deductions as are required by law. I understand

that if I do not have money in my prison account, but have other resources, the Court may require

that I pay the filing fee or a partial filing fee.

## 8.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

- I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases, and be required to make prepayment of the filing fee before my complaint can go forward in the court.

- I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, plaintiff must also submit an IFP application.**

May 25 2025
Date

_), Westbrook_
Plaintiff's Signature

Kathiem                S                Westbook
First Name              Middle Initial   Last Name

18601    Roxbury    Rd
Prison Address

Hagerstown,    MD    21746
County, City                          State              Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:    May 25 2025

6

I believe that I have a meritorious complaint and am entitled to relief in these proceedings.

In support of this motion, I answer the following questions:

1. Are you presently employed in a prison job or other assignment that results in compensation of any sort, including work release?

   YES ☐    NO ☒

   a. If you answered YES, list your employer or assignment and the amount of your wages.

      Employer/assignment: _____

      Monthly gross wages: _____

      Monthly net wages: _____

   b. If you answered NO, state the date of your last employment or assignment, the name of your employer or assignment, and the amount of wages you received.

      Date: _____ 2024 _____

      Employer/assignment: __Mandatory   School_____

      Monthly gross wages: _____ 20.cc _____

      Monthly net wages: _____

2. Within the past twelve months have you received any income from: 1) settlements, judgments, or monetary awards from a court; 2) Social Security, public assistance, workers' compensation or disability payments; 3) a business, profession or other form of self-employment; 4) rent, interest or dividends; 5) retirement, annuity, pension or insurance payment; 6) gifts or inheritances; 7) or any other sources?

   YES ☐    NO ☒

   If you answered YES, list the amount received, date it was received, and the source.

| Amount | Date received | Source |
|--------|---------------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

3.  How much money do you have in your institutional account? _____

_____

4.  How much money do you have in checking, savings or other accounts outside of the institution?

_____

5.  Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (not including ordinary household furnishings and clothes)?

YES ☐        NO ☐

If you answered YES, list the value and describe each item.

Value                                             Description

_____          _____

_____          _____

_____          _____

6.  List everyone (including businesses and the government) that you owe money and the amount that you owe.

Creditor                          Total debt          Monthly payment

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

7.  List any other major monthly expenses that you are actually paying.

Description                                       Monthly payment

_____     _____

_____     _____

_____     _____

_____     _____

8. Attach a certified statement of your prison account for the past six months. If you are unable to do this, one will be requested from prison officials.

I declare under the penalties of perjury that the information above is true and correct.

June 10
~~May 25~~ 2025
Date

_K. Westbook_
Signature of Plaintiff

_Kahiem Westhook_
Printed Name

_18601 Roxbury Rd, Hagerstown, MD 21746_
Address

_N/A_
Telephone Number

_N/A_
Email Address

## 2.   PLAINTIFF INFORMATION

Plaintiff must provide the following information. Attach additional pages if necessary.

Kahiem                         S                    Westhook
First Name              Middle Initial          Last Name

_____ (Degale) _____
State any other names (or different forms of your name) you have ever used, including any name
you have used in previously filing a lawsuit.

457-587 / 3077884
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency
and the ID number under which you were held)

Maryland Correctional institution - Hagerstown
Current Place of Detention

18601 Roxbury Rd
Institutional Address

Hagerstown,                    MD              21746
County, City                        State            Zip Code

## 3.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☑  Convicted and sentenced prisoner
☐  Immigration detainee
☐  Civilly committed detainee
☐  Other: _____

## 4.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct
information is not provided, it could delay or prevent service of the complaint on the defendant.
Make sure that the defendants listed below are identical to the list of defendants in the case
caption at the top of page 1 of this complaint form.

**Attach additional pages as necessary.**

Defendant 1:        Warden    Bailey
                 First Name        Last Name              Badge #

2

" WarDen "

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                    State              Zip Code

Defendant 2:    Officer    WilKerson
_____

First Name              Last Name              Badge #

CoII
_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                    State              Zip Code

Defendant 3:    _____

First Name              Last Name              Badge #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                    State              Zip Code

Defendant 4:    _____

First Name              Last Name              Badge #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                    State              Zip Code

3

5. **STATEMENT OF CLAIM**

- Where did the events take place?

  Name of institution _Eastern Correction Institution_

  Location in the institution _Building # 4_

  _____

  If outside an institution, state where _____

  _____

- When did the events take place?

  Month, date, year _ON, November 14' 2024_

  _____

  Time of day _At, Aprox 1400 Hrs_

  _____

- State here briefly the FACTS that support your case. Describe

  1. what happened,

  2. how you were harmed, and

  3. how each defendant that you named took wrongful action that caused you harm.

  **Attach additional pages as necessary.**

ON, 11·14·24, At Aprox 1400 hrs, My constitution (8TH Amendment), AS Well as my civil Right was Vialated By the D.o.C of maryland, THe warden of ECI & members of the H.v.4 tact team staff, By Denying My Religion (I Am a Registered muslim) As well as discreminting Against me, Ofc-Wilkerson Stated to me that she Hated Fake Black Prision Muslim Such as myself & THat she would See to It that Something Happen to me A Few minutes later, ofc wilkerson Brought AN INmate to my cell that IDentfied Himself AS A "Homo-sexual", I then Steted THat i Am a muslim & It's Against my Religion to Be Housed with A (gay) man, I refused to let the inmate in, I was then Sprayed with mase, & written an infractions Because of my Religious Belief. Add page with this notes

4

This officer Knew that i could be harm by this Transgender being place into cell with me. This officer use of excessive force, and were responsible for the unnecessary and wonton infliction of pain. she was hateful to me for seeking that something bad happen to me. I had obeyed she order as no restrate needed.

The inmate was Known For serious sexual assault, and told this officer that he like males. Yet still ordered me to go into the cell with this person. Being deliberate to my substantial Risk of seriously harmed, and failed to Respond Reasonably to protect me.. see page

6.    **INJURIES:** Psychological and emotional Troubles

If you were injured as a result of these actions, describe your injuries. Also state if you needed medical treatment and if you received it.

Yes, I was Spray with mase, then they left me in the cell without getting me medical treatment, I am now see the psych doctor to help me with mental health issues, and my physical injuries from being force to the Floor and hit my head after being mased.

7.    **RELIEF:**

State briefly what money damages or other relief you want the court to order.

· To Reinstate All my (GCC) Good conduct credits,
· To Recieve 1.4 million for Mental / Physical & Emotional Damges
· To Have a special investgator Appointed to invesgate the Abuse & Discrimnation In All MD. Institution

5

Case 1:25-cv-00602-DLB   Document 5   Filed 06/23/25   Page 10 of 12

use page
① A ②
only

Kablem Westhook

Add To page 4 of 5

The D.O.C. officer Wilkerson C.O.II. was told the day of events that
iam a muslem and can't be house in a cell with a person who
has feeling for the same sex-male. as Federal, 18 U.S.C § 2243.
as policies regarding prisoners whom harrassment of others-
inmates

This officer told me that i had to lock into this cell with
a inmate who told this officer he like men," once i said that
i want to call Prea. this officer become indifferent and push
me almost in the cell, once i said no- this is where she mace
my face. I told this officer that my religion do not allow
me to be around person whom Transgender and often
end up in segregation for protection as officials can't decide
what gender they should consider these person.

I was not given any procedural due process before
being placed into the cell with a Transgender person.
This has cause me night mares upon my mental health, as
psychiatric help may be needed now that i cant cant
sleep, thinking officials may put this kind of person in
the cell with me "Involuntary" with no due process of
rights. I was not given any reason why they force me to
be house with this Transgender male at a all male
prison. Because i have challenged this treatment—they
have now transfer me out of school and institution with
no reason. Also no due process for my transfer.

This officer told me that she hate fake muslim—Black
prison muslem she said — and that she will see that
something happen to me—This is reason i believe
i was also transfered.

~~ineffective counsel~~ for not Rasing thirteenth Amend. Right to be free from "involuntary servitude as that to A slavery with no Rights. And equal protection of Law.

See: Petrovic v. Enter, Leasing Co. of Chicago. LLC, 513 Fed Appx. 609, 2013 U.S. App. Lexis 6271 7th Cir (2013).

*United States District Court, District of Md.*

**CIRCUIT COURT FOR** *Greenbelt Maryland* ☑ **, MARYLAND**

City/County

Located at *6500 Cherry wood Lane* Case No. _____

Court Address

vs. *Warden Bailey & Wilkerson coII*

Defendant

| Plaintiff | | Defendant |
|---|---|---|
| Address | | Address |
| City, State, Zip | Telephone | City, State, Zip | Telephone |

## CERTIFICATE OF SERVICE

I certify that on this _____ day of *June 10 2025*, a copy of the

Month          Year

document(s) titled *42 U.S.C 1983 Amendment of said form*

Title(s) of document(s)

was/were ☑ mailed, postage prepaid ☐ hand delivered, to:

*Hon. Judge Deborah L Boardman*

Name

*6500 Cherry wood Lane*

*Greenbelt Maryland*

Address

City, State, Zip

*20770*

Name

Address

City, State, Zip

Date

Signature of Party Serving

CC-DR-058 (Rev. 06/2019)